IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In The name of... The United States of America, the United States of America President(s) for a child unable to read, write and communicate Named mr. Jason Wayne Naillieux, plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. PWG 19 CV 3085
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

-against-

THE United States of America Mint

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

OCT 23 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

page 1
Evidence 1

I am the owner of a civil United States of America Court. In the United States of America Court I own the United States of America millatary called a Jury and persented evedence to the Jury to seek the Death Penalty, Against the Judges and Justices.

The United States of America Jury by the United States of America millatary found and ordered that couse is found.

I am the owner of a civil United States of America Court.

In the United States of America Court I own the United States of America District Court called a Jury of 26 and Evedence was persented to the 26 people. 26 people on a Jury is called a Request to Execute. The Jury was told it is for and ageinst the Judges and Justices, for myself as Owner. The Jury of 26 ordered that cause is found.

I am the owner of a civil United States of America Court. I recived owneship at the age of 3 years old. The names and dates of the ownership of the United States of America Court of a 3 year old show all your argument about me telling you Judge and Justice that a military Jury and a Death penalty Jury have found you guilty of a crim, is my argument being the frist.

A Explanation is that I am fileing to you Judge and Justice Now. The date is October 23rd 2019. You Judge and Justice does not have a authority to Deny anyone court. Court is already called and counts have already passed as the military Jury and Death penalty Jury, to seek the Death penalty agenest you Judge and Justice. The Law is not a Discussion.

At the start of my court United States of America Government produced a propary of court to me. They explained that as the Judges and Justices as with ploicing Agencys commited crime Be the crim white coller muder, muder of muder By Lie of the United States of America Code, that the Courts will factor there Assumed Justifaction agenest a 3 year old child to the Jury and seek the Death penalty.

I am Exempt fully for all ploicing Agencys Especially the Ploicing Agency called the I.R.S.
Because I am Exempt from the ploicing Agencys Under the United States of America Code Stating I.R.S. Understanding of the Greater will Be filed as the 'Goodest' will pervail A 3 year old child has the Supreme Superior Grater

Being Life, in purity.
 To send a child the age of 3 years old a document explaining that he owns a court is a crime of recording purity and then to continue a court without the person is a crime agenest purity one punishable by the death ~~penalty~~ penalty.
 Because I am exempt from the I.R.S. ploiceing activitys, the I.R.S. gives me all ownership of such things the I.R.S. monitior also pur and ut purity, to call outher lands and countrys unto or into court is a crime.

[signature]